**GULF OIL CORPORATION, As Owner, Pro Hac Vice, of the STEAMSHIP GULFSPRAY, Plaintiff-Appellee,**

v.

**PANAMA CANAL COMPANY, Defendant-Appellant.**

No. 30570

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 20, 1971.

Rehearing Denied Feb. 16, 1971.

Appeal from the United States District Court for the District of the Canal Zone, Guthrie F. Crowe, District Judge, 311 F.Supp. 1307 after remand from 407 F.2d 24, which reversed 269 F.Supp. 793.

John L. Haines, Jr., Dwight A. McKabney, Balboa Heights, Canal Zone, for defendant-appellant.

* Rule 18, 5th Cir.; *See* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.

Woodrow de Castro, David de C. Robles, Balboa, Canal Zone, Joseph C. Smith, Stanley R. Wright, New York City, for plaintiff-appellee; Burlingham, Underwood, Wright, White & Lord, New York City, of counsel.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]